CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:14-cv-02504-MCE-KJN |
| Plaintiff, | |
| v. | **Order Granting Joint Stipulation to Continue Settlement Conference** |
| **Stephen J Kellogg;** **Kimberly M Kellogg;** **Flooring Liquidators, Inc.**, a California Corporation; and Does 1-10, | |
| Defendants | |

### ORDER

Having read the foregoing Stipulation and good cause appearing, the Settlement Conference is continued from April 5, 2016, to May 17, 2016, at 9:30 am.

Dated: March 30, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE