UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN J KELLOGG; KIMBERLY M KELLOGG; FLOORING LIQUIDATORS, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:14-CV-02504-MCE-KJN<br><br>**ORDER** |

Pursuant to the parties' Notice of Settlement (ECF No. 18), the Court has determined that this case is settled. The parties are HEREBY ORDERED to file dispositional documents within sixty (60) days. Failure to file dispositional documents within this deadline may result in sanctions.

IT IS SO ORDERED.

Dated: July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE