UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN J KELLOGG;<br>KIMBERLY M KELLOGG;<br>FLOORING LIQUIDATORS, INC.,<br>a California Corporation; and Does<br>1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-02504-MCE-KJN<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1) and the parties stipulation (ECF No. 20), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

　　IT IS SO ORDERED.

Dated:  August 8, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE